Whereas the United States Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Re-

**FINE FURNITURE (SHANGHAI) LIMITED, et al., Plaintiffs,**

and

**Hunchun Forest Wolf Industry Company Limited, et al., Plaintiff–Intervenors,**

v.

**UNITED STATES, Defendant,**

and

**The Coalition for American Hardwood Parity, Defendant–Intervenor.**

Slip Op. 12–138.

Court No. 11–00533.[1]

United States Court of
International Trade.

Nov. 15, 2012.

*JUDGMENT*

DONALD C. POGUE, Chief Judge.

Whereas the United States Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Remand, ECF No. 77, which was issued pursuant to the court's Aug. 31, 2012, opinion and order, Slip Op. 12–113, ECF No. 76; and Plaintiffs have filed their response thereto, ECF No. 80, in which Plaintiffs supported the Redetermination; and no other party having filed a response; and the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DE-CREED that *Multilayered Wood Flooring from the People's Republic of China,* 76 Fed.Reg. 64,313 (Dep't Commerce Oct. 18, 2011) (final affirmative countervailing duty determination), as modified by the Final Results of Redetermination Pursuant to Court Remand, ECF No. 77, is AF-FIRMED.